**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| MICHAEL HARTLEIB, Derivatively on Behalf of SPRINT NEXTEL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>GARY D. FORSEE, et al.<br><br>Defendants,<br><br>SPRINT NEXTEL CORPORATION, a Kansas Corporation,<br><br>Nominal Defendant. | ) | Civil Action No. 11-CV-1184 |

**MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) and Rule 23.1(c) of the Federal Rules of Civil Procedure, Plaintiff Michael Hartleib ("Plaintiff") moves for the Court's approval of the voluntary dismissal of this action without prejudice, with all parties bearing their own attorneys' fees and costs. Defendants do not oppose this motion.

Defendants have not filed or served an answer to the complaint or a motion for summary judgment. F.R.C.P. 41(a)(1)(A)(i). This case, alongside related derivative actions, has been stayed for sixty-day increments since approximately September 2015 while defendants and various plaintiffs were negotiating terms of a potential settlement. As previously reported, in late February 2016, the parties to the other related derivative actions reached an agreement to settle the actions and executed a stipulation of settlement. The proposed settlement proposes to resolve all derivative claims that are being or could be prosecuted on behalf of Sprint with regard to the matters alleged in this Action and the related derivative actions. Plaintiff is not a party to the stipulation of settlement and has not agreed to the terms of the proposed settlement, but if the

proposed settlement receives final approval, the claims raised in this Action will be released. Also as previously reported, on November 22, 2016, Judge Vano in the related *Ross-Williams v. Bennett, et al*., No. 11CV01688 (Johnson Cnty. Dist. Ct., Kan.) (the "*Ross-Williams* Action") issued a decision approving the settlement and awarding counsel for plaintiffs in the related derivative actions a portion of the attorneys' fees they requested (the "Order"). The Order is currently being appealed.

The purposes of court approval and notice of dismissal of a derivative action pursuant to Rule 23.1(c) of the Federal Rules of Civil Procedure are "to discourage the private settlement of a derivative claim under which a shareholder-plaintiff and his attorney personally profit to the exclusion of the corporation and the other shareholders" and "prevent[] any prejudice to the corporate claim that might result from a discontinuance of the suit." 7C Wright & Miller, Fed. Prac. & Proc. Civ. § 1839. Here, neither Plaintiff nor his counsel have received or will receive payment or other benefit in exchange for Plaintiff's voluntary dismissal of this action.

Moreover, notice under Rule 23.1(c) of the Federal Rules of Civil Procedure is within the Court's discretion and is not required here because Plaintiff's decision to voluntarily dismiss this action is not the result of collusion, will not result in any profit to Plaintiff or his counsel, and will not prejudice the rights of other shareholders to pursue the same or similar claims on behalf of Sprint Nextel Corporation, as this dismissal would be without prejudice and in light of the proposed settlement in the *Ross-Williams* Action that proposes to resolve all derivative claims that are being or could be prosecuted on behalf of Sprint with regard to the matters alleged in this Action and the related derivative actions.

Accordingly, Plaintiff respectfully requests that the Court issue an Order dismissing this action without prejudice and without the need for notice to shareholders.

Dated: February 17, 2017

Respectfully submitted,

**SHAMBERG, JOHNSON & BERGMAN, CHTD.**
*/s/ John M. Parisi*
Lynn R. Johnson KS #07041
John M. Parisi KS #14078
2600 Grand Boulevard, Suite 550
Kansas City, MO 64108
Telephone: (816) 474-0004
Facsimile: (816) 474-0003
ljohnson@sjblaw.com
jparisi@sjblaw.com

**KAHN SWICK & FOTI, LLC**
Lewis S. Kahn
Melinda A. Nicholson
206 Covington Street
Madisonville, Louisiana 70477
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
lewis.kahn@ksfcounsel.com
melinda.nicholson@ksfcounsel.com

*Attorneys for Plaintiff Michael Hartleib*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of February, 2017, the foregoing document was filed using the CM/ECF system which will serve a notice of electronic filing on all counsel of record.

*/s/ John M. Parisi*
John M. Parisi